### 45694. FLEMING v. THE STATE.

EVANS, Judge. No certificate for immediate review having been taken in this case within 10 days of the entry of the order here appealed from, the same being a denial of a motion to suppress evidence, which is not a final judgment, this appeal must be dismissed. See Appellate Practice Act of 1965 as amended by Ga. L. 1968, pp. 1072, 1073 (*Code Ann.* § 6-701); *Davis v. Dixon,* 118 Ga. App. 587 (164 SE2d 875).

*Appeal dismissed. Hall, P. J., and Deen, J., concur.*
SUBMITTED OCTOBER 7, 1970—DECIDED OCTOBER 30, 1970.

*Robert D. Peckham, Foy S. Horne, Jr.,* for appellant.
*Thomas W. Ridgway, District Attorney, John T. Strauss,* for appellee.